**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Jenaro Pacheco Lopez,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-06829-PHX-MAA

**ORDER**

On October 1, 2026, Petitioner Jenaro Pacheco Lopez filed an "Unopposed Motion for Voluntary Dismissal Without Prejudice." (Doc. 7.) Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides, in part, that a party may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." *See* Fed. R. Civ. P. 81(a)(4). Respondents have not yet appeared in this action. Accordingly,

//

//

//

//

//

//

//

//

**IT IS ORDERED** that Petitioner's "Unopposed Motion for Voluntary Dismissal Without Prejudice" (Doc. 7) is **granted**. This action is **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court must enter judgment accordingly.

Dated this 26th day of October, 2026.



Honorable Michael A. Ambri
United States Magistrate Judge